UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN HAMILTON, | No. 2:23-cv-00347 DJC KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

Plaintiff is a former prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff is granted forty-five days to either obtain counsel to represent him in this action or to file an amended complaint.

On April 21, 2023, the undersigned granted plaintiff thirty days to file an amended complaint. (ECF No. 18.) Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on June 1, 2023, the undersigned recommended that this action be dismissed. (ECF No. 19.)

On June 1, 2023, plaintiff filed a motion for a ninety days extension of time to obtain counsel to represent him in this action. Good cause appearing, plaintiff is granted forty-five days to either obtain counsel to represent him in this action or to file an amended complaint.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The June 1, 2023 findings and recommendations (ECF No. 19) are vacated;
2. Plaintiff's June 1, 2023 motion for extension of time (ECF No. 20) is granted in part;
3. Plaintiff is granted forty-five days from the date of this order to either obtain counsel to represent him in this action or to file an amended complaint; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated: June 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hami0347.36