UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN HAMILTON, | No.  2:23-cv-00347 DJC KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On January 8, 2024, plaintiff filed a "Motion to Change Venue."  (ECF No. 29.)  This civil rights action was closed on October 10, 2023.  (ECF Nos. 27, 28.)  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to change venue (ECF No. 29) is disregarded.

Dated:  January 12, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ham347.ord

1